**Terrance L. BUTLER, Plaintiff—**
**Appellant,**

v.

**Joseph HIGGS, Superintendent; Officer**
**Fulton, Correctional Officer; Officer**
**Sorrell; Mr. Firth, Counselor; L.**
**Wallace, Inmate Service Member/Om-**

budsman; Edith Sherman, Nurse/Medical Personnel; Director of Medical, Rappahannock Regional Jail; Director of Security, Rappahannock Regional Jail, Defendants—Appellees.

No. 10–7007.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2010.

Decided: Dec. 7, 2010.

Terrance L. Butler, Appellant Pro Se.

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance L. Butler appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(A)(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Butler v. Higgs,* No. 1:10–cv–00173–JCC–TRJ (E.D.Va. July 2, 2010). We deny Butler's motions for appointment of counsel and a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*